IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



KEVIN McCULLY, as next friend   §
of Daughters, C. McCULLY and   §
M. McCULLY,   §
  §
     Plaintiff,   §
  §
VS.   §   NO. 4:13-CV-702-A
  §
STEPHENVILLE INDEPENDENT SCHOOL   §
DISTRICT,   §
  §
     Defendant.   §

## FINAL JUDGMENT

Consistent with the memorandum opinion and order signed on the date of the signing of this final judgment,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted in the above-captioned action by plaintiffs C. McCully and M. McCully, by and through their next friend and father, Kevin McCully, against Stephenville Independent School District, be, and are hereby, dismissed.

SIGNED August 14, 2014.

_____
JOHN McBRYDE
United States District Judge